UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**DONALD S. PARKINSON,**

                     **Petitioner,**

**-against-**                                                  **9:01-CV-713**

**WALTER KELLY, Superintendent,**
**Attica Correctional Facility,**

                     **Respondent.**

_____

**Thomas J. McAvoy, Senior U.S. District Judge**

### DECISION & ORDER

       This *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 was referred to the Hon. Gustave J. DiBianco, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.4.

       No objections to the Report-Recommendation and Order dated January 23, 2006 have been filed. Furthermore, after examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.

       It is therefore

       **ORDERED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED.**

**IT IS SO ORDERED.**

Dated: March 20, 2006

                                                          Thomas J. McAvoy
                                                          Senior, U.S. District Judge