# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

---

Donald S. Parkinson

    vs.

Walter Kelly

JUDGMENT IN A CIVIL CASE

**CASE NO.**  9:01-CV-713

---

**____**  **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**__X__**  **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**DEFENDANT NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES WAS TERMINATED AS A PARTY TO THIS ACTION BY ORDER FILED JUNE 22, 2001 BY THE HONORABLE THOMAS J. MCAVOY.**

**IT IS ORDERED AND ADJUDGED** THAT PETITIONER'S WRIT OF HABEAS CORPUS IS DENIED AND DISMISSED.
IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MARCH 20, 2006.

Dated:  March 20, 2006

_Clerk of Court_

s/S. Potter
By:  Deputy Clerk